of James R. Baumes, Deceased, Appellant.— Judgment unanimously affirmed, with costs. Sewell, J., not sitting.

Ella Luffman, as Administratrix, etc., of William Luffman, Deceased, Respondent, v. Hudson River Telephone Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $6,000, in which case judgment, as so modified, and order affirmed, without costs. All concurred, except Houghton, J., dissenting and voting for a reversal on the ground that the plaintiff should have been compelled to elect whether she would go to the jury under the Employers' Liability Act* or under her common-law cause of action, there being a question of fact as to superintendence under the Employers' Liability Act and no liability for the acts of the foreman under the common-law cause of action because he was a fellow-servant.

In the Matter of the Application and Petition of John A. Bensel and Others, Constituting the Board of Water Supply of the City of New York, to Acquire Real Estate, etc., in the Towns of Olive and Hurley, Ulster County, New York, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. (Ashokan Reservoir, Section No. 16.) David C. Robinson and James J. Frawley, Commissioners of Appraisal, Appellants; The City of New York, Respondent.— Order denying commissioners' compensation affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., not voting.

In the Matter of the Laying Out, Making, Opening, Constructing and Extending of Fifth Avenue (Formerly Rural Avenue) from the Point of Its Termination to North Main Street in the City of Gloversville, New York, Respondent. Mary A. Griffin, Appellant.— Order affirmed, without costs, on the ground that the County Court had no jurisdiction to award costs, without, however, passing on the question whether the common council of the city of Gloversville has such power, or, if it has, whether application can be made except on confirmation of award and before assessment of damages. All concurred, except Smith, P. J., not voting.

Nora Manning, as Executrix, etc., of Jeremiah C. Manning, Deceased, Appellant, v. Mary J. Grant, Respondent.— Judgment and order unanimously affirmed, with costs.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 29,255 Issued to Adam Miller, Respondent.— Judgment and order reversed as against the weight of evidence and new trial ordered, with costs to appellant to abide the event. All concurred.

In the Matter of the Application of Albert W. Terry, Appellant, to Lay Out, Alter and Discontinue a Highway in the Town of Harpersfield, Delaware County, New York, and the Assessment of Damages Therefor. Town Superintendent of Highways of the Town of Harpersfield, Respondent.— Order unanimously affirmed, with costs.

---

* See Laws of 1902, chap. 600; Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 200 et seq.— [REP.